**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN VILLAREAL-ARELIS,

Petitioner,

v.

B. BIRKHOLZ, WARDEN,

Respondent.

Case No. 2:26-cv-00372-AH-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation.[1] The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected.

[1] On June 29, 2026, Petitioner filed a document entitled "Motion for Miscellaneous Relief." (Dkt. 35.) Petitioner filed no other document during the period for filing objections. Upon review of the filing, the Court construes it as Objections to the Report and Recommendation because, notwithstanding its title, it challenges the findings and recommendations in the Report and Recommendation, and raises the same arguments asserted in the Petition (the "Objections").

Petitioner's Objections do not cause the Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered GRANTING Respondent's Motion to Dismiss the Petition and DISMISSING this action WITH PREJUDICE because Petitioner is statutorily ineligible to earn time credits under the First Step Act.

DATED: JULY 24, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE