JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN VILLAREAL-ARELIS,

Petitioner,

v.

B. BIRKHOLZ, WARDEN,

Respondent.

Case No. 2:26-cv-00372-AH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: JULY 24, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE